# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 10 B 56796 |
| Thomas W. Gill | |
| Germaine M. Gill | Chapter: 13 |
| Debtor(s) | Judge D Calendar |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Thomas W. Gill, Germaine M. Gill, Debtor(s), 251 West Harrisson Road, Lombard, IL 60148
Kenneth C Swanson, Jr, Attorney for Debtor(s), 670 W Hubbard, Suite 202, Chicago, IL 60654

You are hereby notified that CITIMORTGAGE INC. has made post-petition advances of $0.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to CITIMORTGAGE INC. for the contractual mortgage payment due 10/01/2011. As of the 12/14/2011 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 10/01/2011 through 12/01/2011 post-petition mortgage payments, with the 01/01/2012 coming due. The current mortgage payment amount due each month is $2,121.69. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 02/25/2012, CITIMORTGAGE INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 26, 2012.

/s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346

Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-03052)**

NOTE: This law firm is deemed to be a debt collector.